UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:22-cr-280VMC-SPF

18 U.S.C. § 2251(a)

CHRISTOPHER FROEHLICH
    a/k/a "Kevin White"
    a/k/a "Chris Kemp"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 26, 2018, in the Middle District of Florida, and elsewhere, the defendant,

CHRISTOPHER FROEHLICH,

did employ, use, persuade, induce, entice and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT TWO

On or about August 15, 2018, in the Middle District of Florida, and elsewhere, the defendant,

CHRISTOPHER FROEHLICH,

did employ, use, persuade, induce, entice and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT THREE

On or about January 7, 2019, in the Middle District of Florida, and elsewhere, the defendant,

CHRISTOPHER FROEHLICH,

did employ, use, persuade, induce, entice and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and knowing and having reason to know that such visual depiction would be transported

2

and transmitted in and affecting interstate and foreign commerce and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. §§ 2251(e), the defendant CHRISTOPHER FROEHLICH, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all of his interest in:

   a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter:

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following items seized from FROEHLICH's residence: Apple iPhone 11, IMEI

3

351563855589695.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Abigail K. King
Assistant United States Attorney

By: _____
Stacie B. Harris
Assistant United States Attorney
Chief, Special Victims Section

FORM OBD-34
August 22

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER FROEHLICH
a/k/a "Kevin White"
a/k/a "Chris Kemp"

## INDICTMENT

Violations: 18 U.S.C. § 2251(a)

~~A~~ true bill,

_____
Foreperson

Filed in open court this 9th day of August, 2022.

_____
Clerk

Bail $_____

GPO 863 525