UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-280-VMC-SPF

CHRISTOPHER FROEHLICH
    a/k/a "Kevin White"
    a/k/a "Chris Kemp"

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

ESSENTIAL ELEMENTS

The essential elements of Counts One through Three, violations of 18 U.S.C. § 2251(a) and (e), production of child pornography, are as follows:

<u>First</u>: An actual minor, that is, a real person who was less than 18 years old, was depicted;

<u>Second</u>: The defendant employed, used, persuaded, induced enticed, or coerced the minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct; and

<u>Third</u>: the defendant knew or had reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or the visual depiction was transported or transmitted using any means or facility of interstate or foreign commerce.

2

PENALTY

The offense charged in Counts One through Three of the Indictment is punishable by a mandatory minimum term of imprisonment of 15 years up to 30 years, a maximum fine of $250,000, a term of supervised release of at least 5 years up to life, and a special assessment of $100 per felony count for individuals.

With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offense(s). 18 U.S.C. § 2259; to 18 U.S.C. §§ 3663(a)(3) and/or 3663A(a)(3).

Additionally, pursuant to 18 U.S.C. § 3014, the Court shall impose a $5,000 special assessment on any non-indigent defendant convicted of an offense in violation of certain enumerated statutes involving: (1) peonage, slavery, and trafficking in persons; (2) sexual abuse; (3) sexual exploitation and other abuse of children; (4) transportation for illegal sexual activity; or (5) human smuggling in violation of the Immigration and Nationality Act (exempting any individual involved in the smuggling of an alien who is the alien's spouse, parent, son or daughter).

The defendant is further advised and understands, that under the Sex Offender Registration and Notification Act, a federal law, the defendant must register and keep the registration current in each of the following jurisdictions: the location of the defendant's residence, the location of the defendant's employment; and, if the defendant is a student, the location of the defendant's school. Registration will require that the defendant provide information that includes name, residence

address, and the names and addresses of any places at which the defendant is or will be an employee or a student. The defendant understands that he must update his registrations not later than three business days after any change of name, residence, employment, or student status. The defendant understands that failure to comply with these obligations subjects the defendant to prosecution for failure to register under federal law, 18 U.S.C. § 2250, which is punishable by a fine or imprisonment, or both.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 2253, as outlined in the Indictment. Among the items that will be forfeited are the following: Apple iPhone 11 (IMEI 351563855589695), which was an asset used in the commission of the crime.

## FACTUAL BASIS

Between December 2017 and June 2020, Christopher Froehlich used an online persona of "Kevin White" and pretended to be a 15-year-old boy, despite being approximately 35 years old in December 2017. Froehlich entered an online relationship with 15-year-old E.S.

Throughout the duration of their relationship, E.S. sent Froehlich child sexual abuse materials of herself. Additionally, E.S. live video chatted while nude with Froehlich, during which Froehlich kept his camera off and took screenshots of E.S. On multiple occasions, Froehlich persuaded E.S. to produce child sexual abuse material for him, including encouraging E.S. to masturbate while on Facetime with

Froehlich, during which time he would screenshot E.S. At one point, Froehlich sent E.S. a screenshot of her masturbating with a dildo, which was from one of their Facetime interactions. Froehlich became aggressive when E.S. would not comply with his demands to produce child sexual abuse material. On another occasion, Froehlich asked E.S. to send him a nude photo. When E.S. indicated she could not comply because she was in her ninth grade English class, Froehlich became aggressive and instructed E.S. to go to the school's bathroom to produce the nude photo. E.S. ultimately did not comply.

On or about June 2020, E.S. tried to end the relationship. As a result, Froehlich threatened to post E.S.'s child sexual abuse images and videos to social media. Froehlich created Instagram and Facebook accounts under E.S.'s name and posted her child sexual abuse images and videos to those account pages.

Between on or about June 2020 and June 2022, Froehlich created various social media accounts and phone numbers to reach out to E.S. against her will. He threatened to post E.S.'s child sexual abuse material to those accounts. Additionally, Froehlich sent E.S.'s child sexual abuse images and videos to E.S.'s new boyfriend.

On July 15, 2022, FBI agents arrested Froehlich pursuant to a federal criminal complaint, which was executed at the same time as a residential and cell phone search warrant. Froehlich admitted during a post-*Miranda* interview that he used the online persona of "Kevin White," he asked E.S. to produce sexually explicit images and videos for him, and he posted E.S.'s sexually explicit photos and videos to social

media. He admitted to asking E.S. to have sexual intercourse with her dog during their live video chats and to taking screenshots of E.S. nude and masturbating during their live video chats.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Abigail K. King
Abigail K. King
Assistant United States Attorney
Florida Bar No. 294963
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6300
Facsimile: (813) 274-6178
E-mail: Abigail.King@usdoj.gov

6

U.S. v. Christopher Froehlich          Case No. 8:22-cr-280-VMC-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                    /s/ *Abigail K. King*
                    Abigail K. King
                    Assistant United States Attorney
                    Florida Bar No. 294963
                    400 N. Tampa Street, Suite 3200
                    Tampa, Florida 33602
                    Telephone:   (813) 274-6300
                    Facsimile:    (813) 274-6178
                    E-mail: Abigail.King@usdoj.gov